**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00582-CV

———————

**SHAGUFTA KHAN, Appellant**

**V.**

**SALIM VALLAN AND AGAHA JUICE AND CAFE, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-185357**

---

## ORDER

The reporter's record in this case was due **August 16, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sherri Johnson**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM